**STATEMENT OF OFFENSE**

On April 5, 2019, at approximately 5:30 am, the Metropolitan Police Department (MPD)/Federal Bureau of Investigation (FBI) Child Exploitation and Human Trafficking Task Force (CEHTTF) was notified by MPD Second District Patrol that they had stopped a 17-year-old female who was reporting that she prostituting for a pimp. The manager of Unique Hotels located 1011 K Street, Northwest, Washington, D.C. noticed that the complainant was walking in front of the hotel crying and asked if she needed any help. The complainant stated that she wanted to get away from her pimp and the police were called.

The CEHTTF was in the area and responded to 1011 K Street, Northwest, Washington, D.C. and interviewed the complainant. The complainant reported that she was from Charlotte, North Carolina and had recently traveled with her boyfriend to Virginia. They got into an argument about money, and he left her in Petersburg, Virginia. The complainant said that she was then contacted by the defendant, whom she only referred to as "daddy," from her online sexual solicitation advertisement that she had posted on a website called "skipthegames.com."[1] The complainant stated that the defendant was in Richmond, Virginia and wanted the complainant to prostitute for him. The complainant told the defendant that she was 17 years old. She reported that the defendant initially did not want the complainant to work for him because of her age. The complainant advised that the defendant later agreed to allow her to work for him and then took her to his home in Baltimore, Maryland. The complainant reported that there were two other adult females who worked for the defendant as prostitutes.

---

[1] "Skipthegames.com" is a website known to law enforcement to be used as a forum to post prostitution-related advertisements.

The complainant disclosed that on April 4, 2019, the defendant drove her from his Baltimore, Maryland home into the District of Columbia and had her prostitute on "the track," a well-known area for prostitution in the areas of 1000-1200 blocks of K, L, and M Streets, Northwest, Washington, D.C. The complainant stated she had approximately 6 "dates" and made approximately $600 for engaging in sexual acts with men who paid her for those acts. The complainant stated she gave all her money to the defendant.  The night of April 4, 2019, the complainant reported that she stayed with the defendant in Baltimore, Maryland with two other adult females whom she reported were also were prostitutes.  On April 5, 2019, the defendant drove her again from his Baltimore, Maryland home into District of Columbia and had her prostitute on the track. The complainant she did not make any dates and got lost from the other girls. The complainant she was noticed by the manager of the hotel and made the report. The complainant said that the defendant had drove her in his orange-colored Ford Mustang tonight.

The lookout the vehicle was voiced over the Second District Radio and an orange-colored Ford Mustang, bearing South Carolina tags QNC943, was stopped in the 1100 block of K Street, Northwest, Washington, D.C. The defendant, identified as Rodregiz Antwan Cole, was located in the driver seat of the vehicle and another male was in the passenger seat. Photographs of both males were shown to the complainant and she identified the defendant as her pimp. The defendant was placed under arrest for Sex Trafficking of a Minor.

The complainant reported that she had also communicated with the defendant via his Instagram account, don.byti.balla. The complainant could not remember her password to her Instagram account and has recently lost her cellphone with that information. It was observed that the complainant's Instagram account was followed by don.byti.balla.

A custodial interview was conducted with the defendant and stated that Instagram account don.byti.balla was his account. The defendant denied that he was a pimp and made no admissions to having the complainant prostitute for him.  During the course of the interview, members of the CEHTTF showed the defendant his cellular telephone.  While agents were holding the telephone, a text message appeared on the screen that stated words to the effect of, "where are you, daddy?" A second message said words to the effect of "I'll meet up with the wifeys."

Defendant is required to register as a sex offender as a result of a conviction in 2001 in South Carolina for criminal sexual conduct with as a minor who was thirteen years of age.

    Respectfully submitted,

_____
Jeremiah Johnson
Detective
Metropolitan Police Department

Subscribed and sworn to before me
on this \_\_\_5th \_\_ day of April, 2019.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE